**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Roberto CRUZ–AYON, aka Alberto**
**Aguinaga–Ceja, Defendant–**
**Appellant.**

**No. 06–10084.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 8, 2007 *.

Filed Jan. 16, 2007.

R. Don Gifford, II, USRE–Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Cynthia S. Hahn, Esq., Federal Public Defender's Office, Reno, NV, for Defendant–Appellant.

Before: ALARCÓN, HALL, and PAEZ, Circuit Judges.

MEMORANDUM **

Roberto Cruz–Ayon appeals from the 46–month sentence imposed following remand under *United States v. Ameline*, 409 F.3d 1073, 1085 (9th Cir.2005) (en banc). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we vacate Cruz–Ayon's sentence and remand to the district court for resentencing.

Defendants who, like Cruz–Ayon, preserved a constitutional objection to mandatory Guidelines sentencing are entitled to full resentencing rather than a limited *Ameline* remand, unless the government can show error was harmless. *United States v. Beng–Salazar*, 452 F.3d 1088, 1097 (9th Cir.2006). Because we cannot say that the error was harmless beyond a reasonable doubt, we vacate Cruz–Ayon's sentence and remand for resentencing. *See id.* We express no opinion as to the merits of the district court's prior sentencing decisions.

The government's motion to strike Cruz–Ayon's reply brief is hereby denied.

**VACATED and REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.